IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID BLACK
and DANIEL MITCHELL,

    Plaintiffs,

v.                                    CASE NO.  4:14cv88-MW/CAS

CHRISTOPHER BRUNSON,
GARY ANTHONY FORTNER,
BRYAN CLARK, and
MICHAEL WIMBERLEY,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION AND REMANDING FOR EVIDENTIARY HEARING

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 26.   Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The motion to dismiss of Defendants Fortner, Clark and Wimberley, ECF No. 17, is **DENIED in part**.   Plaintiff Black's claims should not be dismissed pursuant to 42 U.S.C. § 1997e(e), nor should the complaint be dismissed because it

1

was jointly filed.  This cause is **remanded for an evidentiary hearing** on the issue of exhaustion of administrative remedies, the hearing to be held within 30 days of the date of this order.

**SO ORDERED on November 4, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**